IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>an Illinois corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>RALPH B. BREEDEN,<br><br>               Defendant. | Civil Case No. 01-1686-AS<br><br>O R D E R |

    Andrew C. Lauersdorf
    David D. VanSpeybroeck
    Bullivant Houser Bailey, PC
    300 Pioneer Tower
    888 S. W. Fifth Avenue
    Portland, Oregon  97204

        Attorneys for Plaintiff

    William Dickas
    Kell Alterman & Runstein LLP
    520 S. W. Yamhill, Suite 600
    Portland, Oregon  97204

        Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on June 27, 2008. Defendant filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Acosta.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta dated June 27, 2008 in its entirety.

IT IS HEREBY ORDERED that Allstate's Motion (#209) and Breeden's Motion (#210) for Reconsideration and Breeden's Motion for Certification (#215) are denied.

DATED this ____6th____ day of August, 2008.

                          /s/ Garr M. King
                             GARR M. KING
                             United States District Judge